■ Thomas Knauer, Respondent, v Diane L. Anderson, as Executrix of William F. Anderson, Sr., Deceased, et al., Respondents, et al., Defendant. Diane L. Anderson, as Executrix of William F. Anderson, Sr., Deceased, et al., Third-Party Plaintiffs, v Ronald A. Knauer, Jr., Doing Business as Knauer Electric, Third-Party Defendant-Respondent. Travelers Indemnity Company of Connecticut, Intervenor-Respondent; New York State Insurance Fund, Intervenor-Appellant. (Appeal No. 3.) [768 NYS2d 913]—Appeal from that part of an order of Supreme Court, Erie County (Howe, J.), entered April 26, 2002,

that denied the motion of intervenor New York State New Insurance Fund to vacate a judgment entered March 15, 2002.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Knauer v Anderson* ([appeal No. 2] 2 AD3d 1312 [2003]). Present—Pigott, Jr., P.J., Pine, Wisner, Hurlbutt and Gorski, JJ.